Elvin Esteves
J. Brugh Lower
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5496
(973) 596-4500

Of Counsel:
Steven Mitby
**AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI, & MENSING P.C.**
1221 McKinney, Suite 3460
Houston, Texas 77010-2009
(713) 655-1101

*Attorneys for Plaintiffs Versata Software, Inc.,
f/k/a Trilogy Software, Inc. and Versata Development
Group, Inc., f/k/a Trilogy Development Group, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VERSATA SOFTWARE, INC., F/K/A TRILOGY SOFTWARE, INC.; and VERSATA DEVELOPMENT GROUP, INC., F/K/A TRILOGY DEVELOPMENT GROUP, INC., <br><br>                    Plaintiffs, <br><br> vs. <br><br> PLANISWARE USA, INC., <br><br>                    Defendant. | Civil Action No. _____ <br><br> *Document Electronically Filed* <br><br> **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel hereby states as follows:

1. Versata Enterprises, Inc. is the parent of Versata Software, Inc. and Versata Development Group, Inc.; and

2. Trilogy, Inc. is the parent of Versata Enterprises, Inc.; and

3. No publicly held company owns 10% or more of Versata Software, Inc. or Versata Development Group, Inc.

Dated: January 15, 2013      By: s/ Elvin Esteves
       Newark, New Jersey

Elvin Esteves
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5496
Tel:  (973) 596-4500
Fax:  (973) 596-0545
eesteves@gibbonslaw.com

*Attorneys for Plaintiffs Versata Software, Inc., f/k/a Trilogy Software, Inc. and Versata Development Group, Inc., f/k/a Trilogy Development Group, Inc.*