Elvin Esteves
J. Brugh Lower
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5496
(973) 596-4500

Of Counsel:
Steven Mitby
**AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI, & MENSING P.C.**
1221 McKinney, Suite 3460
Houston, Texas 77010-2009
(713) 655-1101

*Attorneys for Plaintiffs Versata Software, Inc.,
f/k/a Trilogy Software, Inc. and Versata Development
Group, Inc., f/k/a Trilogy Development Group, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERSATA SOFTWARE, INC., F/K/A TRILOGY SOFTWARE, INC.; and VERSATA DEVELOPMENT GROUP, INC., F/K/A TRILOGY DEVELOPMENT GROUP, INC., <br><br>                 Plaintiffs,<br><br>vs.<br><br>PLANISWARE USA, INC.,<br><br>                 Defendant. | Civil Action No. 13-cv-302(MAS)(TJB)<br><br>*Document electronically filed.*<br><br>**NOTICE OF APPEARANCE OF J. BRUGH LOWER, ESQ.** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for Plaintiffs Versata Software, Inc., F/K/A Trilogy Software, Inc.; and Versata Development Group, Inc., F/K/A Trilogy Development Group, Inc., in the above-captioned action.  Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

-2-

Dated:  January 22, 2013
        Newark, New Jersey

                Respectfully submitted,

        By: s/ J. Brugh Lower
            J. Brugh Lower, Esq.
            **GIBBONS P.C.**
            One Gateway Center
            Newark, New Jersey 07102
            Telephone:  (973) 596-4581
            Facsimile:  (973) 639-6292
            jlower@gibbonslaw.com